IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

ELIZABETH J. PITTS,
    Plaintiff,

v.

                                                  Case No. CIV-10-014-RAW

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,
    Defendant.

## ORDER

On March 16, 2011, Magistrate Judge Kimberly E. West entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. No objection has been filed.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on appeal the findings of the ALJ is affirmed.

It is so ORDERED this 31st day of March, 2011.

**Dated this 31st day of March, 2011.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma